FLN

Original
COPY

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-443 JMR/FLN

RECEIVED
AUG 17 2000
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | ORDER |
| NOAH T. KUHNLE, Defendant. | ) | |

This matter comes before the Court on the motion of the United States, without a hearing, for an Extension of Time for Service of the Summons.

Based upon the affidavit of counsel and upon all the files, records and proceedings herein,

IT IS ORDERED that plaintiff is granted an additional 120 days for service of the Summons and Complaint upon defendant.

Dated: 8/22/00

United States Magistrate-Judge

FILED 8/23/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________