UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-443 JMR/FLN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | **ORDER** |
| v. | ) | |
| NOAH T. KUHNLE, Defendant. | ) | |

This matter was statistically closed when the defendant filed bankruptcy. The bankruptcy stay has now been concluded, and the above-entitled case is re-opened.

Date: February 6, 2001

The Honorable James M. Rosenbaum
United States District Court

FEB 08 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D
DEPUTY CLERK