**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>UNITED STATES | COURT CASE NUMBER<br>00-443 JMR/FLN |
| DEFENDANT<br>Noah T. Kuhnle | TYPE OF PROCESS<br>Wage Garnishment |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ZERO ZONE REGRIGERATION
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
6151 140th Avenue N.W., Ramsey, MN 55303 763-427-4594

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U.S. Attorney's Office
300 S. Fourth Street
Minneapolis, MN 55415

Attn: Nancy Lair

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

US MARSHALS SERVICE MPLS., MN
SEP 23 02 AM '05
RECEIVED

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Fold

SERVE GARNISHEE FIRST

Fold

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Nancy Lair | [✓] PLAINTIFF<br>[ ] DEFENDANT | 612-664-5656 | 9/23/05 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 41 | No. 41 | N Schmidt | 9/23/05 |

I hereby certify and return that I [ ] have personally served , [ ] have legal evidence of service, [✓] have executed as shown in "Remarks", the process described on the individual (company) corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Karen Keast (HR Asst.)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date | Time |
|---|---|
| 9/30/05 | 10:12 [✓] am [ ] pm |

Signature of U.S. Marshal or Deputy: Patrick Settler

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 45- | 21.87 | | 66.87 | | $0.00 |

REMARKS: 9/30 served company. Ms Keast stated Kuhnle's last day of employment was 6/14/05. 54mile(RT) 1hr. PS

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

SCANNED
OCT 07 2005
U.S. DISTRICT COURT MPLS

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-443 JMR/FLN

REDACTED
For Public Disclosure

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NOAH T. KUHNLE,<br><br>Defendant,<br><br>and<br><br>ZERO ZONE REFRIGERATION,<br><br>Garnishee. | WRIT OF CONTINUING GARNISHMENT |

TO: Zero Zone Refrigeration, 6151 140th Avenue N.W., Ramsey, MN 55303

An application for a Writ of Continuing Garnishment against property of the above-named defendant, Noah T. Kuhnle, has been filed with this Court by the United States of America.

A judgment was entered in favor of the United States of America and against the defendant on May 9, 2001, for Student Loan defaults. As of September 9, 2005, the balance on this judgment debt was $10,133.16 in principal, plus interest, costs and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due. Interest on the principal balance is accruing from September 9, 2005, at the rate of 3.82% per annum.

You, Zero Zone Refrigeration, the garnishee, are required by law to immediately withhold and retain any property in your custody, control or possession in which the judgment debtor, Noah T. Kuhnle, has a substantial non-exempt interest. It is unlawful

United States of America may petition the Court for an order requiring you to appear before said Court and show good cause why you failed to comply with this Writ. Failure to appear before the Court or failure to show good cause for your noncompliance with this Writ may result in the Court entering a judgment against you. That judgment would be in the amount of the judgment debtor's nonexempt interest in the property in your custody, control or possession that is subject to this garnishment, up to the outstanding debt balance, plus attorney fees.

Date: 9/20/05

Authorized By:

Magistrate Judge
United States District Court
District of Minnesota

Issued By:
Richard Sletten, Clerk
United States District Court
District of Minnesota

Date: 9/22/05

Deputy Clerk