UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-443 JMR/FLN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NOAH T. KUHNLE,<br><br>Defendant,<br><br>ZERO ZONE REFRIGERATION,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee. The garnishee indicates that the defendant is no longer an employee.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on September 30, 2005, is hereby released.

Dated: October 12, 2005

*s/ Franklin L. Noel*
Magistrate Judge
United States District Court